UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
WAI YEE CHU, on behalf of herself and others
Employees similarly situated,

       *Plaintiff(s)*      Docket Number: 19-cv-2323

-against-               **PLAINTIFF'S ANSWER TO**
                    **DEFANDANTS'**
                    **COUNTERCLAIMS**

A A TOURIST INC., and Jamie Chung

        *Defendants*
---------------------------------------------------------------X

   Plaintiff/Counter-Defendant WAI YEE CHU ("Counter-defendant"), by and through her attorneys, Hang & Associates, PLLC, hereby provides her answer and defenses to Defendants/Third Party Plaintiffs' (Third Party Plaintiffs) Counterclaims (the "Counterclaims") and states as follows:

### ANSWER TO THE COUNTERCLAIM

   1.  Counter-defendant admits that Third Party Plaintiff A A Tourist Inc. is a New York Corporation, authorized to do business in New York.

   2.  Counter-defendant admits that Third Party Plaintiff Jamie Chung resides in New York State.

   3.  Counter-defendant does not have sufficient information to form a response to the allegations in Paragraph 132 of the Complaint.

   4.  Counter-defendant admits that Third Party Defendant ZHAUNG is the husband of Plaintiff/Counter-defendant WAI YEE CHU.

1

5. Counter-defendant does not have sufficient information to form a response to whether Third Party Defendant ZHAUNG resides or continues to reside at 500 West 56th Street Apt 1211, New York, NY 10019.

6. Counter-defendant does not have sufficient information to form a response to the allegations in Paragraph 135 of the Complaint.

7. Counter-defendant does not have sufficient information to form a response to the allegations in Paragraph 136 of the Complaint.

8. Counter-defendant does not have sufficient information to form a response to the allegations against Third Party Defendant ZHUANG, and denies every and any allegation against Counter-defendant in Paragraph 137 of the Complaint.

9. Counter-defendant does not have sufficient information to form a response to the allegations against Third Party Defendant ZHUANG, and denies every and any allegation against Counter-defendant in Paragraph 138 of the Complaint.

10. Counter-defendant does not have sufficient information to form a response to the allegations in Paragraph 139 of the Complaint.

11. Counter-defendant does not have sufficient information to form a response to the allegations in Paragraph 140 of the Complaint.

12. Counter-defendant does not have sufficient information to form a response to the allegations in Paragraph 141 of the Complaint.

13. Counter-defendant does not have sufficient information to form a response to the allegations in Paragraph 142 of the Complaint.

14. Counter-defendant does not have sufficient information to form a response to the allegations against Third Party Defendant ZHUANG, and denies every and any allegation against Counter-defendant in Paragraph 143 of the Complaint.

15. Counter-defendant does not have sufficient information to form a response to the allegations against Third Party Defendant ZHUANG, and denies every and any allegation against Counter-defendant in Paragraph 144 of the Complaint.

16. Counter-defendant does not have sufficient information to form a response to the allegations against Third Party Defendant ZHUANG, and denies every and any allegation against Counter-defendant in Paragraph 145 of the Complaint.

17. Counter-defendant denies every and any allegation in Paragraph 146 of the Complaint.

18. Counter-defendant denies every and any allegation in Paragraph 147 of the Complaint.

19. Counter-defendant does not have sufficient information to form a response to the allegations against Third Party Defendant ZHUANG, and denies every and any allegation against Counter-defendant in Paragraph 148 of the Complaint.

20. Counter-defendant does not have sufficient information to form a response to the allegations against Third Party Defendant ZHUANG, and denies every and any allegation against Counter-defendant in Paragraph 149 of the Complaint.

21. Counter-defendant does not have sufficient information to form a response to the allegations against Third Party Defendant ZHUANG, and denies every and any allegation against Counter-defendant in Paragraph 150 of the Complaint.

22. Counter-defendant does not have sufficient information to form a response to the allegations against Third Party Defendant ZHUANG, and denies every and any allegation against Counter-defendant in Paragraph 151 of the Complaint.

23. Counter-defendant does not have sufficient information to form a response to the allegations against Third Party Defendant ZHUANG, and denies every and any allegation against Counter-defendant in Paragraph 152 of the Complaint.

24. Counter-defendant does not have sufficient information to form a response to the allegations against Third Party Defendant ZHUANG, and denies every and any allegation against Counter-defendant in Paragraph 153 of the Complaint.

## COUNT I / COUNTERCLAIM I

## FRAUD

25. Counter-defendant repeats and reallege all paragraphs above as though fully set forth herein.

26. Counter-defendant admits that she has a marriage relationship with Third Party Defendant ZHUANG but denies any allegations in Paragraph 155 of the Complaint.

27. Counter-defendant does not have sufficient information to form a response to the allegations in Paragraph 156 of the Complaint.

28. Counter-defendant does not have sufficient information to form a response to the allegations against Third Party Defendant ZHUANG, and denies every and any allegation against Counter-defendant in Paragraph 157 of the Complaint.

29. Counter-defendant does not have sufficient information to form a response to the allegations against Third Party Defendant ZHUANG, and denies every and any allegation against Counter-defendant in Paragraph 158 of the Complaint.

30. Counter-defendant does not have sufficient information to form a response to the allegations in Paragraph 159 of the Complaint.

31. Counter-defendant does not have sufficient information to form a response to the allegations against Third Party Defendant ZHUANG, and denies every and any allegation against Counter-defendant in Paragraph 160 of the Complaint.

32. Counter-defendant admits that she was employed by the Third Party Plaintiff/Defendant in this lawsuit.

33. Counter-defendant does not have sufficient information to form a response to the allegations against Third Party Defendant ZHUANG, and denies every and any allegation against Counter-defendant in Paragraph 162 of the Complaint.

34. Counter-defendant states that the allegations in Paragraph 163 of Complaint assert legal conclusions that do not require response.

## COUNT II/ COUNTERCLAIM II

## MALICIOUS PROSECUTION/ABUSE OF PROCESS

35. Counter-defendant repeats and reallege all paragraphs above as though fully set forth herein.

36. Counter-defendant does not have sufficient information to form a response to the allegations against Third Party Defendant ZHUANG, and denies every and any allegation against Counter-defendant in Paragraph 165 of the Complaint.

37. Counter-defendant does not have sufficient information to form a response to the allegations against Third Party Defendant ZHUANG, and denies every and any allegation against Counter-defendant in Paragraph 166 of the Complaint.

38. Counter-defendant does not have sufficient information to form a response to the allegations against Third Party Defendant ZHUANG, and denies every and any allegation against Counter-defendant in Paragraph 167 of the Complaint.

39. Counter-defendant does not have sufficient information to form a response to the allegations against Third Party Defendant ZHUANG, and denies every and any allegation against Counter-defendant in Paragraph 168 of the Complaint.

40. Counter-defendant does not have sufficient information to form a response to the allegations against Third Party Defendant ZHUANG, and denies every and any allegation against Counter-defendant in Paragraph 169 of the Complaint.

41. Counter-defendant does not have sufficient information to form a response to the allegations against Third Party Defendant ZHUANG, and denies every and any allegation against Counter-defendant in Paragraph 170 of the Complaint.

42. Counter-defendant states that the allegations in Paragraph 171 of Complaint assert legal conclusions that do not require response.

## COUNT III/ COUNTERCLAIM III
## BREACH OF FIDUCIARY DUTY

43. Counter-defendant repeats and reallege all paragraphs above as though fully set forth herein.

44. Counter-defendant lacks information to form a response to allegations in Paragraph 173 in the Complaint.

45. Counter-defendant lacks information to form a response to allegations against Third Party Defendant ZHUANG, and denies every and any allegation against Counter-defendant in Paragraph 174 in the Complaint.

46. Counter-defendant lacks information to form a response to allegations against Third Party Defendant ZHUANG, and denies every and any allegation against Counter-defendant in Paragraph 175 in the Complaint.

47. Counter-defendant states that the allegations in Paragraph 176 of Complaint assert legal conclusions that do not require response.

48. Counter-defendant states that the allegations in Paragraph 177 of Complaint assert legal conclusions that do not require response.

## COUNT IV

## INDEMNIFICATION

49. Counter-defendant repeats and reallege all paragraphs above as though fully set forth herein.

50. Counter-defendant states that the allegations in Paragraph 179 of Complaint assert legal conclusions that do not require response.

51. Counter-defendant states that the allegations in Paragraph 180 of Complaint assert legal conclusions that do not require response.

## AFFIRMATIVE AND OTHER DEFENSES

### FIRST DEFENSE

The Counterclaim is barred in whole or in part as some or all of the allegations fail to state a claim upon which relief can be granted.

### SECOND DEFENSE

The Counterclaim in whole or in part is untimely and barred by the statutes(s) of limitations.

### THIRD DEFENSE

Any damages sustained by Counterclaimant, which are denied, were the result of Counterclaimants or third parties, over whom Counter-defendant had no control and for whose conduct Counter-defendant is not responsible.

### FOURTH DEFENSE

The Counterclaimant was barred from recovering based on equitable doctrines, including, without limitation, laches, unclean hands, waiver, and/or estoppel.

### FIFTH DEFENSE

The Counterclaim fails to state a claim for compensatory damages.

### SIXTH DEFENSE

Counterclaimant has failed to mitigate or otherwise act to avoid, lessen or reduce any of the damages, injury or harm of which it now complains.

### SEVENTH DEFENSE

Counterclaimant' claims are barred by the parol evidence rule.

### EIGHTH DEFENSE

Counterclaimant's counterclaim is frivolous in nature.

### NINTH DEFENSE

The Court lacks jurisdiction over the Counterclaims.

### RESERVATION OF RIGHTS

Counter-defendant reserves the right to raise additional affirmative and other defenses that may subsequently become or appear applicable to Counterclaimant's claims.

WHEREFORE, Counter-defendant respectfully requests judgment dismissing the Counterclaim with prejudice and awarding her costs, reasonable attorneys' fees, and such other relief as this Court deems just and proper.

Dated: June 14, 2019

                                          HANG & ASSOCIATES, PLLC.

                                          s/ *Jiajing Fan*
                                          Jiajing Fan, Esq.
                                          136-20 38th Ave. Suite 10G
                                          Flushing, New York 11354
                                          Tel: (718) 353-8588
                                          Email: jfan@hanglaw.com
                                          *Attorneys for Plaintiff*

TO:
**Michael Brand, Esq.**
**Vincent S. Wong, Esq.**
**Law Offices of Vincent S. Wong**
39 East Broadway, Suite 306
New York, NY 10002
T: (212) 349-6099
F: (212) 349-6599
***Attorneys for the Defendants***

9